UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| ) | |
| IN RE: SEARCH OF THE PREMISES ) | No. 25-MC-91442-LTS |
| LOCATED AT 2260 E SANTA PAULA ) | |
| DR, BREA, CALIFORNIA 92821 ) | **Filed Under Seal** |
| ) | |
| ) | |

**GOVERNMENT'S MOTION FOR TRANSCRIPT OF SEALED HEARING**

Pursuant to 28 U.S.C. § 753 and Local Rule 7.2, the government respectfully moves for authorization to order the sealed transcript of the November 12, 2025 motion hearing held in the above-captioned sealed MBD matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Ian J. Stearns
   IAN J. STEARNS
   KAITLIN R. O'DONNELL
   Assistant United States Attorneys

Date: November 13, 2025