UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| ) | | |
| IN RE: SEARCH OF THE PREMISES ) | Case No. 25-mc-91442-LTS | |
| ) | | |
| LOCATED AT 2260 E SANTA PAULA ) | | |
| DR, BREA, CA 92821 ) | **FILED UNDER SEAL** | |
| ) | | |
| _____ ) | | |

**Intervenor's Response To Court Order**

Now comes the Intervenor, Nowel Milik, by and through undersigned counsel, and hereby responds to the Court's Order of November 21, 2025:

1.    Yesterday, the government advised it intends to file a motion to reconsider. Intervenor has no objection to any such filing, but reserves the right to respond, *inter alia*, that no valid grounds exist for reconsideration of the Court's ruling. He would ask for until January 9, 2026, to file his response, given other commitments and the intervening holidays.

2.    As for the Intervenor's positions on the matters raised in the Court's Order of November 21, 2025, given the government's stated intention to file a motion to reconsider, Intervenor provides his own responses to the Court's order herein, rather than a joint status report.

3.    Intervenor has no objection to the Court staying its decision pending any appeal by the government, and/or pending any consideration of a government motion to reconsider, but Intervenor respectfully submits the Court should likewise extend its current order compelling the government to abstain from reviewing the challenged communications.

4.    As for the terms of the Order the Court should ultimately issue, whenever it takes effect, Intervenor submits the following:

1

a. a government taint team (and/or government technology personnel that are not part of the prosecution team) shall segregate any and all communications involving Intervenor and his wife, using her email address, telephone number, and/or any other technological means necessary to identify and isolate any such communications;

b. any and all communications involving Intervenor and his wife shall be first reviewed by a member of the government's taint team to determine whether or not it is a privileged marital communication;

c. any communications determined by the filter team (or later by the Court) to be within the marital communications privilege shall be forthwith returned to the Intervenor, any and all copies of said communications shall be destroyed by the government, and no such communication shall be provided to the prosecution team;

d. any communications determined by the filter team to be outside the marital communications privilege shall be first provided to the Intervenor:

(1) if Intervenor agrees that the communication is outside the marital communications privilege then it may be provided to the government personnel responsible for determining if material is within or outside the terms of the warrant;

(2) if Intervenor disagrees with any privilege determination by the taint team, Intervenor shall have the right to seek judicial review before any such communications are provided to the prosecution team.

5. While the Intervenor does not believe an extension of the one-year review period established by the search warrant is necessary, the Intervenor leaves that matter to the Court's

discretion, though Intervenor submits any such extension should apply only to potential marital communications.

6.    Intervenor believes the Court should make its final order public.

Respectfully Submitted,          Respectfully Submitted,
Nowel Milik,                     Nowel Milik,
By His Attorney,                 By His Attorney,


**/s/ Michael Pabian**              **/s/ Robert M. Goldstein**
Michael Pabian, Esq.             Robert M. Goldstein, Esq.
BBO# 684589                      BBO# 630584
20 Park Plaza, Suite 1000        20 Park Plaza, Suite 1000
Boston, MA 02116                 Boston, MA 02116
(617) 227-3700                   (617) 742-9015
pabianlaw38@gmail.com            rmg@goldstein-lawfirm.com


Dated: December 19, 2025


**CERTIFICATE OF SERVICE**

I, Robert M. Goldstein, hereby certify that on this date, December 19, 2025, a copy of the foregoing document has been served via electronic mail on Assistant United States Attorneys Ian Stearns and Kaitlin O'Donnell.

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.