| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| | ) | |
| IN RE: SEARCH OF THE PREMISES | ) | Case No. 25-mc-91442-LTS |
| | ) | |
| LOCATED AT 2260 E SANTA PAULA | ) | |
| DR, BREA, CA 92821 | ) | **FILED UNDER SEAL** |
| | ) | |
| _____ | ) | |

## Assented-To Motion To Unseal

Now comes the Intervenor, Nowel Milik, by and through undersigned counsel, and hereby moves the Court to unseal this matter in its entirety.  As grounds and reasons therefore, the government has now indicted Mr. Milik.  *See United States v. Milik*, Case No. 26-cr-10115-LTS.  As such, no compelling reason exists to further keep this matter under seal.

The government, by and through Ian Stearns, assents to the allowance of this motion.

<div style="margin-left: 50%;">

Respectfully Submitted,
Nowel Milik,
By His Attorney,


**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
BBO# 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

</div>

Dated: May 12, 2026

1

## CERTIFICATE OF SERVICE

I, Robert M. Goldstein, hereby certify that on this date, May 12, 2026, a copy of the foregoing document has been served via electronic mail on Assistant United States Attorneys Ian Stearns and Kaitlin O'Donnell.

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.