UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE SEARCH OF THE PREMISES IN CALIFORNIA | ) ) ) ) ) | Case No. 25-mc-91442-LTS |

## **CERTIFICATION**

The United States has appealed from the district court's (Sorokin, J.) November 21, 2025 Order granting an injunction barring agents and prosecutors conducting a federal criminal investigation from accessing or using certain evidence lawfully seized pursuant to a search warrant to the extent the evidence is covered by the marital communications privilege [ECF 13], and from the Court's March 20, 2026 Order denying the government's motion for reconsideration [ECF 24].  An indictment has now issued charging Nowel Milik, whose marital communications are the subject of these orders, with multiple crimes.  *See United States v. Nourafchan et al*, No. 26-cr-10115-LTS, ECF 1.  Pursuant to 18 U.S.C. § 3731, the United States Attorney hereby certifies to this Court that the appeal is not taken for the purpose of delay and that the suppressed evidence is substantial proof of a fact material in the underlying grand jury proceeding and the pending criminal case.

Respectfully submitted,

/s/ Leah B. Foley
LEAH B. FOLEY
United States Attorney

## Certificate of Service

I hereby certify that on July 22, 2026, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Kaitlin R. O'Donnell*
KAITLIN R. O'DONNELL
Assistant United States Attorney